UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William F. Murray,<br><br>                    *Plaintiff,*<br><br>     v.<br><br>Church Pension Group Services Corporation,<br><br>                    *Defendant.* | Case No.: 21-cv-02228 |

# NOTICE OF APPEARANCE

Please enter the appearance of the undersigned, Chantae B. Brown, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendant Church Pension Group Services Corporation in the above-captioned matter. I certify that I am admitted to practice in this court.

Dated: June 25, 2021　　　　　　　　　　　Respectfully submitted,
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By:　　　　　　　　　　　　　　　　　　　*/s/ Chantae B. Brown*
　　　　　　　　　　　　　　　　　　　　Chantae B. Brown
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10178
　　　　　　　　　　　　　　　　　　　　Tel: (212) 309-6000
　　　　　　　　　　　　　　　　　　　　Email: chantae.brown@morganlewis.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*