```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WILLIAM F. MURRAY, :
:
Plaintiff, :
: 21-cv-2228 (LJL)
-v- :
: ORDER
CHURCH PENSION GROUP SERVICES :
CORPORATION, :
:
Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated in the Opinion and Order filed by the Court today: The motion to dismiss is GRANTED, and the Complaint is DISMISSED without prejudice. If Plaintiff does not file an amended complaint within 30 days of the date of this Order, the case will be closed.

    In order to preserve the ability of the parties to move the Court for redactions from the Opinion and Order, the Opinion and Order is temporarily filed under seal. The parties shall meet and confer with respect to potential redactions and, by **April 27, 2022**, the parties shall file any proposed redactions pursuant to the Court's Individual Practices.

    SO ORDERED.

Dated: April 20, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                              United States District Judge