UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
WILLIAM F. MURRAY, :
:
                           Plaintiff, :
:     21-cv-2228 (LJL)
       -v- :
:         ORDER
:
CHURCH PENSION GROUP SERVICES :
CORPORATION, :
:
                          Defendant. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court's April 20, 2022 Opinion and Order dismissed the complaint without prejudice and stated that "[i]f Plaintiff does not file an amended complaint within 30 days of the date of this Order, the case will be closed." Dkt. No. 39 at 17. Over thirty days have passed since the April 20, 2022 Opinion and Order, and no amended complaint has been filed. Accordingly, the case will be closed.

      The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: May 23, 2022
       New York, New York

                                                           LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2022